AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__



UNITED STATES OF AMERICA

V.

BRADFORD C. BLEIDT

**CRIMINAL COMPLAINT**

CASE NUMBER: mJ04-m-277 JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in ____Suffolk____ county, in the _____ District of ____Massachusetts____ defendant(s) did, (Track Statutory Language of Offense)

knowingly and fraudulently causing items to be sent by the Unitd States Postal Service in furtherance of a scheme or artifice to defraud, and for obtaining money or property by means of materially false and fraudulent pretenses, representations and promises (i.e., mail fraud)

in violation of Title __18__ United States Code, Section(s) __1341__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-19-2004                                              at             Boston, Massachusetts
Date                                                                      City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE                        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

DOCKETED

1

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** FBI/POSTAL/IRS

**City** Boston _____  **Related Case Information:**

**County** Suffolk _____  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Bradford C. Bleidt _____  Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 8 Nortons Point _____

**Birth date (Year only):** _____  **SSN (last 4 #):** 1594  **Sex** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Mark J. Balthazard _____  **Bar Number if applicable** 544463

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 19, 2004  **Signature of AUSA** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Bradford C. Bleidt

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1341 | Mail Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**