AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: MJ04-M-2775LA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Bradford C. Bleidt

I certify that I am admitted to practice in this court.

11/22/04
Date

*Edward J. Lee* (Signature)

EDWARD J. LEE    291480
Print Name                          Bar Number

65 Franklin St Suite 500
Address

Boston, MA   02110
City        State       Zip Code

617-350-6882      6173482147
Phone Number                       Fax Number