AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

BRADFORD C. BLEIDT

## WARRANT FOR ARREST

CASE NUMBER: MJ04-M-0887JLA

U.S. MARSHAL SERVICE RECEIVED BOSTON, MA 2004 NOV 19 P 5:42

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRADFORD C. BLEIDT
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and fraudulently causing items to be sent by the United States Postal Service in furtherance of a scheme or artifice to defraud, and for obtaining money or property by means of materially false and fraudulent pretenses, representations and promises (i.e., mail fraud)

in violation of Title 18 United States Code, Section(s) 1341

JOYCE LONDON ALEXANDER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

11-19-2004 Boston, MA
Date and Location

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/22/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ______________________________

ALIAS: ______________________________

LAST KNOWN RESIDENCE: ______________________________

LAST KNOWN EMPLOYMENT: ______________________________

PLACE OF BIRTH: ______________________________

DATE OF BIRTH (4 digit year): ______________________________

SOCIAL SECURITY NUMBER (last 4 digits only): ______________________________

HEIGHT: ______________ WEIGHT: ______________

SEX: ______________ RACE: ______________

HAIR: ______________ EYES: ______________

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ______________________________

______________________________

______________________________

FBI NUMBER: ______________________________

COMPLETE DESCRIPTION OF AUTO: ______________________________

______________________________

INVESTIGATIVE AGENCY AND ADDRESS: ______________________________

______________________________

______________________________