UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10144-WGY |
| | ) |
| BRADFORD C. BLEIDT, | ) VIOLATIONS: |
| Defendant | ) 18 U.S.C. §1341 (MAIL FRAUD) |
| | ) 18 U.S.C. §1957 (MONETARY |
| | ) TRANSACTIONS IN PROPERTY DERIVED |
| | ) FROM SPECIFIED UNLAWFUL ACTIVITY) |
| | ) |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

I.   BACKGROUND AND SCHEME TO DEFRAUD

1.   At all times material to this Information, defendant **BRADFORD C. BLEIDT** ("**BLEIDT**") was an individual living in Manchester-By-The-Sea, Massachusetts.

2.   At all times material to this Information, Allocation Plus Asset Management Company, Inc. ("APAM") was an entity doing business in Massachusetts.  Since on or about January 31, 1994, APAM was registered with the United States Securities and Exchange Commission ("SEC") as an investment adviser.  At all times material to this Information, **BLEIDT** was the president and sole shareholder of APAM.

3.   At all times material to this Information, Financial Perspectives Planning Services, Inc. ("FPPS") was an entity doing business in Massachusetts.  Since on or about April 28, 1986,

1

FPPS was registered with the United States Securities and Exchange Commission ("SEC") as an investment adviser. At all times material to this Information, **BLEIDT** was the chief executive officer and majority shareholder of FPPS.

4. Beginning in or about a date uncertain but no later than January 1998, and continuing until on or about November 12, 2004, in the District of Massachusetts and elsewhere, the defendant herein, **BRADFORD C. BLEIDT**, did devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

5. The scheme consisted essentially of **BLEIDT** obtaining funds from individuals and entities (hereafter "client-victims") by representing to them that their funds would be invested through his APAM business in legitimate securities instruments, including money market funds, mutual funds, and Treasury Notes. Instead, **BLEIDT** used those funds for **BLEIDT**'s personal and business purposes.

6. By this fraudulent scheme, **BLEIDT** defrauded approximately 125 client-victims of more than $27 million.

7. **BLEIDT** used the funds he received from client-victims for a variety of personal and business purposes. **BLEIDT** used approximately $15 million for the operation and purchase of radio station WBIX. **BLEIDT** used approximately $2-3 million for the

operation of FPPS. **BLEIDT** used approximately $4-5 million for his own personal expenses and those of others related and/or associated with him.

8.   **BLEIDT** did a variety of actions in furtherance of his fraudulent scheme, including the following:

   a.   **BLEIDT** obtained money from client-victims by representing falsely that their funds would be invested in legitimate securities instruments, including but not limited to money market funds, mutual funds, Treasury Notes, and annuities;

   b.   **BLEIDT** induced some client-victims to liquidate other legitimate investments, including withdrawing substantial funds from bank and brokerage accounts. **BLEIDT** induced some client-victims to give him all or most of their savings based on the false representation that the funds would be safely invested.

   c.   **BLEIDT** used his position as a member of a fraternal organization to induce other members to invest their funds with him.

   d.   **BLEIDT** induced client-victims to issue checks to him payable to "APAM," and then deposited those checks into a bank account named "APAM ALLOCATION PLUS ASSET MANAGEMENT INC. BRADFORD C. BLEIDT." **BLEIDT** kept this account separate and apart from the legitimate books

    and records of the APAM business by, among other things, causing the account statements and cancelled checks to be sent by the bank to **BLEIDT**'s personal residence. **BLEIDT** had sole authority to withdraw funds from this account and routinely did so for his own personal and business purposes.

e.  **BLEIDT** caused regular account statements to be prepared and mailed to client-victims. Those account statements represented falsely that client-victims' funds were invested in legitimate securities through a legitimate brokerage firm, and further falsely represented the current value of the accounts, dividends and interest earned, and gains and losses incurred;

f.  **BLEIDT** caused false and fraudulent IRS Form 1099's to be prepared and mailed to some client-victims. Those documents reflected falsely the gains and/or losses purportedly incurred by **BLEIDT**'s client-victims during the tax year;

g.  **BLEIDT** represented to some client-victims that their funds would be invested in annuities and they would receive regular monthly payments from their accounts. For those client-victims, **BLEIDT** caused regular monthly payments to be made; however, he made those payments using funds obtained from other client-victims.

h.  When requested, **BLEIDT** made partial or full payment of

    funds to client-victims, using funds he had obtained from other client-victims. **BLEIDT** made such payments in order to keep his scheme from being discovered, which would have resulted from not making such payments.

  i. **BLEIDT** concealed his scheme from his employees and government regulators by, among other things, keeping the files relating to his fraudulent scheme in a file drawer in his locked office, and limiting communications between his client-victims and other APAM and FPPS employees.

## II. COUNTS 1-114 - MAIL FRAUD (18 U.S.C. §1341)

  9. The allegations contained in paragraphs 1-8 of this Information are hereby re-alleged and incorporated by reference.

  10. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant herein,

**BRADFORD C. BLEIDT,**

having devised and intending to devise a scheme and artifice to defraud, and obtain money and property by means of false and fraudulent pretenses, representations and promises concerning material facts and matters, for the purpose of executing the scheme and artifice to defraud and attempting to do so, did knowingly cause to be delivered by the United States Postal Service or any private or commercial interstate carrier according to directions thereon Portfolio Summaries which purported to

reflect the details of funds invested with and through APAM, to the following client-victims (who, in the case of individuals, are identified by their initials):

| COUNT | CUSTOMER/VICTIM | DATE (ON OR ABOUT) |
|---|---|---|
| 1 | F. A. | August 2003 |
| 2 | S. J. B. | July 2003 |
| 3 | E. A. B. | October 2003 |
| 4 | S. B. | July 2003 |
| 5 | A. B. | July 2004 |
| 6 | B. B. | July 2003 |
| 7 | M. F. B. | July 2003 |
| 8 | Mr. and Mrs. L. B. | July 2004 |
| 9 | G. B. and N. B. | July 2004 |
| 10 | C. B. | July 2003 |
| 11 | P. R. B. | January 2004 |
| 12 | R. B. | July 2004 |
| 13 | M. C. | July 2003 |
| 14 | E. J. C. | August 2004 |
| 15 | B. C. | July 2004 |
| 16 | J. C. | July 2003 |
| 17 | J. C. and M. C. | November 2004 |
| 18 | D. C. and L. C. | July 2003 |
| 19 | L. D. | January 2004 |
| 20 | L. D. | July 2004 |
| 21 | E. E. | January 2004 |
| 22 | J. E. | July 2004 |
| 23 | L. F. | July 2003 |
| 24 | R. E. F. and J. I. F. | July 2004 |

6

| | | |
|---|---|---|
| 25 | J. F. | July 2004 |
| 26 | A. M. F. | July 2003 |
| 27 | J. A. G. | July 2004 |
| 28 | A. A. G. | July 2003 |
| 29 | T. G. G. | July 2004 |
| 30 | D. R. G. | July 2004 |
| 31 | N. J. G. | July 2003 |
| 32 | P. E. H. | July 2004 |
| 33 | A. D. I. and C. Z. | July 2003 |
| 34 | D. I. | November 2003 |
| 35 | T. F. J. and D. J. | July 2004 |
| 36 | T. F. K., Jr. | July 2003 |
| 37 | W. H. K. | July 2004 |
| 38 | M. C. K. | July 2003 |
| 39 | S. R. K. | July 2004 |
| 40 | C. K. | July 2003 |
| 41 | R. L. and M. L. | July 2004 |
| 42 | J. L. | July 2003 |
| 43 | D. B. L. | July 2004 |
| 44 | M. L. | July 2003 |
| 45 | B. L. | July 2004 |
| 46 | R. M. and L. M. | November 2004 |
| 47 | W. M. and P. M. | August 2004 |
| 48 | S. M. | July 2003 |
| 49 | A. M. and S. M. | July 2003 |
| 50 | F. M. and E. M. | January 2004 |
| 51 | Mr. and Mrs. W. M. | July 2003 |
| 52 | R. A. M. | January 2004 |
| 53 | C. M. and W. M. | July 2003 |

| 54 | C. L. M. | July 2004 |
| --- | --- | --- |
| 55 | J. W. M. | July 2004 |
| 56 | B. N. | July 2004 |
| 57 | M. N. | October 2004 |
| 58 | C. F. N. | July 2003 |
| 59 | B. P. | July 2004 |
| 60 | E. M. P. | July 2003 |
| 61 | R. P. | July 2003 |
| 62 | B. B. P. | July 2004 |
| 63 | M. P. | July 2003 |
| 64 | S. P. | July 2003 |
| 65 | D. P. | January 2004 |
| 66 | W. P. and L. P. | August 2004 |
| 67 | A. P. | September 2004 |
| 68 | D. R. and M. R. | September 2004 |
| 69 | A. R. and G. R. | July 2004 |
| 70 | M. J. R. | July 2003 |
| 71 | F. R. | July 2003 |
| 72 | S. R. | July 2003 |
| 73 | B. R. R. | July 2003 |
| 74 | M. S. | July 2003 |
| 75 | G. S. | July 2004 |
| 76 | R. S. | July 2004 |
| 77 | L. J. S. | July 2003 |
| 78 | R. L. S. | July 2003 |
| 79 | J. S. | September 2004 |
| 80 | L. K. T. | July 2004 |
| 81 | H. T. | September 2004 |
| 82 | M. N. T. | July 2003 |

| 83 | A. T. and D. T. | October 2003 |
| --- | --- | --- |
| 84 | E. J. T. | September 2004 |
| 85 | M. T. | July 2003 |
| 86 | L. C. T. | August 2004 |
| 87 | T. C. | July 2003 |
| 88 | V. V. | July 2003 |
| 89 | A. M. W. | July 2004 |
| 90 | R. W. | July 2003 |
| 91 | L. W. | July 2003 |
| 92 | D. J. Y. | November 2003 |
| 93 | E. J. Y. | July 2004 |
| 94 | Masons of Mass. Sutton Royal | July 2004 |
| 95 | Bay State Lodge | October 2004 |
| 96 | Cardarelli Family Trust | July 2004 |
| 97 | Masons of Mass Bethlehem Lodge | July 2003 |
| 98 | Flagship Travel Agency, Inc. | December 2003 |
| 99 | J & J Sales and Marketing, Inc. | August 2003 |
| 100 | G. Sidney MacFarlane Permanent Fund | July 2004 |
| 101 | Permanent Fund of Tyrian Lodge | August 2003 |
| 102 | Lynn Masonic Temple Association | July 2003 |
| 103 | Robert L. Gove Trust | July 2004 |
| 104 | Greek Orthodox Church | June 2004 |
| 105 | Healthcare Financial, Inc. | July 2003 |
| 106 | Sophie E. Hersey Family Trust | July 2003 |

| 107 | Ipswich-Ferson Royal Arch Chapter | October 2004 |
| --- | --- | --- |
| 108 | The Master's Lodge | September 2003 |
| 109 | Jordon Masonic Temple Trust | July 2003 |
| 110 | Landry Architect Retirement Plan | July 2004 |
| 111 | Mount Carmel Lodge | July 2004 |
| 112 | Salem Zebulun Council | July 2004 |
| 113 | Stephen David Johnson Scholarship Fund | July 2004 |
| 114 | Tunxis Village Condo Association | July 2004 |

All in violation of 18 U.S.C. §1341 and 2.

### III. COUNT 115 - MAIL FRAUD (18 U.S.C. §1341)

11. The allegations contained in paragraphs 1-8 of this Information are hereby re-alleged and incorporated by reference.

12. On or about September 20, 2004, in the District of Massachusetts and elsewhere, the defendant herein,

**BRADFORD C. BLEIDT,**

having devised and intending to devise a scheme and artifice to defraud, and obtain money and property by means of false and fraudulent pretenses, representations and promises concerning material facts and matters, for the purpose of executing the scheme and artifice to defraud and attempting to do so, did knowingly cause to be delivered by the United States Postal

Service according to directions thereon a copy of an executed Annuity Surrender Request form and handwritten note to a client-victim with the initials M.A.

All in violation of 18 U.S.C. §1341 and 2.

### IV. COUNT 116 - MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY (18 U.S.C. §1957)

13. The allegations contained in paragraphs 1-8 and 10 of this Information are hereby re-alleged and incorporated by reference.

14. On or about January 14, 2004, in the District of Massachusetts and elsewhere,

**BRADFORD C. BLEIDT**

did knowingly engage and attempted to engage in a monetary transaction in criminally derived property that was of a value greater than $10,000 and was derived from specified unlawful activity (to wit, mail fraud), including the following transaction: the transfer of approximately $1,301,000 from Sovereign Bank Account No. 61000016545 to Sovereign Bank Account No. 61004945798 in the name of Perspectives Broadcasting Inc.

All in violation of 18 U.S.C. §1957 and 2.

MICHAEL J. SULLIVAN<br>
United States Attorney<br>
By: _____<br>
MARK J. BALTHAZARD<br>
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** III    **Investigating Agency** FBI/POSTAL/IRS

**City** Boston    **Related Case Information:**

**County** Suffolk
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-277-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Bradford C. Bleidt    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 54    SSN (last 4 #): 1594    Sex M    Race: _____    Nationality: _____

Defense Counsel if known:    Edward J. Lee    Address: 65 Franklin St., Boston, MA 02110
617-350-6882

Bar Number: _____

**U.S. Attorney Information:**

AUSA    Mark J. Balthazard    Bar Number if applicable  544463

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    11/19/04

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  115

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 9, 2005    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Bradford C. Bleidt

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1341 | Mail Fraud | 1-115 |
| Set 2 | 18 U.S.C. §1957 | Monetary Transactions in Property Derived | 116 |
| Set 3 | | From Specified Unlawful Activity | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**