Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                            ) | Criminal No. 05-10144-WGY |
| ) | |
| BRADFORD C. BLEIDT           ) | |

## WAIVER OF INDICTMENT

I, **BRADFORD C. BLEIDT**, the above-named defendant, who is accused of 115 counts of mail fraud in violation of 18 U.S.C. §1341 and one count of engaging in monetary transactions in property derived from specified unlawful activity in violation of 18 U.S.C. §1957, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on July 26, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____ 7/26/05
Defendant

_____ 7/26/05
Counsel for the Defendant

Before: _____
Judicial Officer