```
1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
2
                                           Criminal No.
3                                          05-10144-WGY

4
     * * * * * * * * * * * * * * *
5                                 *
     UNITED STATES OF AMERICA     *
6                                 *    **PLEA HEARING**
     v.                           *    and **ARRAIGNMENT**
7                                 *
     BRADFORD C. BLEIDT           *
8                                 *
     * * * * * * * * * * * * * * *
9

10

11

12            BEFORE:  The Honorable William G. Young,
                              District Judge
13

14

15

16
     APPEARANCES:
17
              MARK J. BALTHAZARD, Assistant United States
18      Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Government
19

20            EDWARD J. LEE, ESQ., 65 Franklin Street,
        Suite 500, Boston, Massachusetts 02110, on behalf
21      of the Defendant

22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      July 26, 2005
```