UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. 04-10144-WGY |
| | ) |
| BRADFORD C. BLEIDT | ) |
|     Defendant | ) |

## GOVERNMENT'S MOTION UNDER §3E1.1(b) OF THE UNITED STATES SENTENCING GUIDELINES

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully files this Motion pursuant to §3E1.1(b) of the U.S. Sentencing Guidelines ("U.S.S.G."). Pursuant to U.S.S.G. §3E1.1(b), the government states that the defendant Bradford C. Bleidt has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Accordingly, the government respectfully requests that if Bleidt's offense level prior to any Acceptance of Responsibility reduction is 16 or greater, that the Court

grant him a three-level reduction under U.S.S.G. §3E1.1.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney
                By:
                                            MARK J. BALTHAZARD
                                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I here certify that I caused a copy of the above document to be served by hand on defendant's attorney of record, Edward J. Lee, Esq., 65 Franklin Street, Boston, MA 02110 on December 5, 2005.

                                              MARK J. BALTHAZARD
                                            Assistant U.S. Attorney