DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | CR. NO. 05-10144-WGY |
| ) | |
| BRADFORD C. BLEIDT ) | |

**MOTION TO HAVE THIS COURT'S JUDGMENT RECOMMEND THE FEDERAL CORRECTIONAL INSTITUTION, OTISVILLE, NEW YORK, AS THE PLACE OF CONFINEMENT, OR, IN THE ALTERNATIVE, THE FEDERAL CORRECTIONAL INSTITUTION, FORT DIX, NEW JERSEY**

Now comes the defendant, Bradford C. Bleidt, and respectfully requests this Court recommend in its Judgment committing the defendant to the custody of the Attorney General that, if eligible, the defendant be allowed to serve said sentence at the Federal Correctional Institution, Otisville, New York, or, in the alternative, the Federal Correctional Institution, Fort Dix, New Jersey.

As reason therefor, the defendant represents as follows:

1. The defendant has a criminal history category one. His conviction does not involve any threat or action of force or violence.

2. Both FCI Otisville, New York, and FCI Fort Dix, New Jersey have adequate medical facilities available to monitor defendant's fused neck vertebrae condition.

Wherefore, it is respectfully requested that this Court recommend in its Judgment that, if eligible, the defendant be confined for service of his sentence at the Federal Correctional Institution, Otisville, New York or, in the alternative, the Federal Correctional Institution Fort Dix, New Jersey.

Dated: December 5, 2005

BRADFORD C. BLEIDT
by his attorney,

_____
Edward J. Lee, Esq.
BBO # 291480
65 Franklin Street, Suite 500
Boston, MA 02110
(617) 350-6882

CERTIFICATE OF SERVICE

    I, Edward J. Lee, attorney for the defendant Bradford C. Bleidt, hereby certify I have this date served a copy of the within "Motion To Have This Court's Judgment Recommend The Federal Correctional Institution, Otisville, New York As The Place Of Confinement, or, In The Alternative, The Federal Correctional Institution, Fort Dix, New Jersey " by this day delivering a true copy thereof in hand to Assistant United States District Attorney Mark Balthazard.

Dated: December 5, 2005

                                                  Edward J. Lee