UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>             Plaintiff,                )<br>                                )<br>      v.                                          )<br>                                )<br>BRADFORD BLEIDT                             )<br>             Defendant,                )<br>                                )<br>             *and*                               )<br>                                )<br>THE COMMONWEALTH OF                          )<br>MASSACHUSETTS DEPARTMENT                     )<br>OF STATE TREASURER                           )<br>             Garnishee.                )  | 1:05CR10144-001-WGY |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205[1] to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Bradford Bleidt (hereinafter "Bleidt"), social security number 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, whose last known address is in Fort Dix, New Jersey, in the above cited action in the amount of $31,745,792.75, plus costs and post-judgment interest at the rate of zero percent per annum and compounded annually. The total balance as of July 10, 2007 is $31,745,516.58.

---

[1] Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment with the specified information with the Court. If the Court determines that the requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). Once the Court issues the writ of garnishment, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee is an instruction explaining the requirement that the garnishee submit a written answer to the writ. 28 U.S.C. § 3205(c)(3)(A). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections. 28 U.S.C. § 3205(c)(3)(B). The garnishee shall answer the writ within 10 days of service. 28 U.S.C. § 3205(c)(2)(E). The defendant and the United States have 20 days after receipt of the answer to file an objection and request a hearing. 28 U.S.C. § 3205(c)(5). After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as practicable. 28 U.S.C. § 3205(c)(7).

Pursuant to 28 U.S.C.§ 3205(b)(1)(B), the United States of America made demand for payment of the above-stated debt upon the debtor not less than 30 days from the date of this Application, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or be in possession of money owed to Bleidt. This Writ of Garnishment is intended to compel the Garnishee to pay to the United States of America all monies held on behalf of defendant to be applied toward the judgment debt.

The name and address of the Garnishee or his authorized agent is:

THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE TREASURER,

Based upon the foregoing, the United States of America respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

>Respectfully submitted,
>
>UNITED STATES OF AMERICA
>By its attorneys
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:   /s/   Christopher R. Donato
>CHRISTOPHER R. DONATO
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 9200
>Boston, MA  02210

DATED: July 10, 2007

**IT IS**, on this _____ day of _____, 200__.

**ALLOWED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:05CR10144-001-WGY |
| BRADFORD BLEIDT | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| THE COMMONWEALTH OF | ) | |
| MASSACHUSETTS DEPARTMENT | ) | |
| OF STATE TREASURER | ) | |
| Garnishee. | ) | |

CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

TO: BRADFORD BLEIDT

You are hereby notified that non-exempt funds are being taken by the United States of America to be applied towards an imposed judgment of $31,745,792.75.  As of July 11, 2007, a balance of $31,745,516.58 remains outstanding.

Also, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply.  Attached is a summary of the major exemptions that apply in Massachusetts.

You have a right to ask the court to return your property to you if you think you do not owe the money the Government says you owe, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing.  You must either mail it or deliver it in person to the Clerk of

the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210.  You must also send a copy of your request to the United States Attorney's Office, Financial Litigation Unit located at One Courthouse Way, Suite 9200, Boston, MA 02210, so the Government will know you want a hearing.  The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property is exempt or why you think you do not owe the money imposed by the United States District Court.  If you do not request a hearing within 20 days of receiving this notice, your funds or property may be withheld or sold at public auction and applied to pay your judgment debt.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court. You must also send a copy of your request to the United States Attorney's Office - Financial Litigation Unit, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court.  The clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
CLERK, UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>            Plaintiff,    )<br>            )<br>    v.    )<br>            )      1:05CR10144-001-WGY<br>BRADFORD BLEIDT    )<br>            Defendant,    )<br>            )<br>        *and*    )<br>            )<br>THE COMMONWEALTH OF    )<br>MASSACHUSETTS DEPARTMENT    )<br>OF STATE TREASURER    )<br>            Garnishee.    )    | |

WRIT OF GARNISHMENT

GREETINGS TO:  THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF STATE TREASURER

An Application For Writ of Garnishment against the property of the defendant, Bradford Bleidt (hereinafter "Bleidt"), has been filed with this Court.  A Judgment has been entered against the above-named defendant in the amount of $31,745,792.75, plus costs and interest.

Pursuant to 28 U.S.C.§ 3205(c), you must state under oath in your written answer to this Writ whether or not you have in your custody, control or possession, any property owned by Bleidt.  If so, you must describe such property and the value of such interest.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the Clerk of the United States District at: 1 Courthouse Way, Suite 2300, Boston, MA 02210.  Additionally, you are required by law to serve a copy of your answer to this Writ upon the defendant: Bradford Bleidt located in Fort Dix, New Jersey; and upon the United States Attorney's Office, Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston,

MA 02210.

     You must withhold and retain any property that the defendant has a substantial nonexempt interest and for which you are or may become indebted to the defendant pending further order of the Court. Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

     If you fail to answer this writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

                                                  SARAH A. THORNTON
                                                  Clerk, United States District Court

            By: _____

                    Deputy Clerk

DATED: