UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BRADFORD BLEIDT<br>Defendant<br><br>and<br><br>THE COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF STATE TREASURER<br>Garnishee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:05CR10144-001-WGY |

## ANSWER OF GARNISHEE

Thomas McAnespie, being duly sworn deposes and says:

1.) I am the Assistant Treasurer for Abandoned Property in the Commonwealth of Massachusetts Department of State Treasurer.

2.) The Garnishee has custody and control or possession of the following property that has been reported to the Commonwealth of Massachusetts as abandoned property. According to the Commonwealth's records, the Defendant's name appears as the reported owner in an unknown capacity. The property reported as abandoned is as follows:

| | Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|---|
| a.) | Stock liquidation proceeds Allianz Life Insurance | $9,047.00 | named as reported owner in unknown capacity |
| b.) | Utility refund check | $138.32 | named as reported owner in unknown capacity |

| | | | |
|---|---|---|---|
| c.) | Check from National Finance Services, LLC | $113.73 | named as reported owner in unknown Capacity |
| d.) | Dividends from Brookline Bancorp Inc. | $17.00 | named as reported owner in unknown Capacity |

The reported owner in each of the listed properties is either Bradford Bleidt or Bradford C. Bleidt. Two of the properties do not provide a Federal taxpayer identification number. The two other properties provide two different Federal taxpayer identification numbers.

3.) The Department of the State Treasurer cannot anticipate whether any more property will be reported as abandoned in which the defendant has an interest.

The Garnishee has mailed a copy of this answer by first-class mail to:

(1) Bradford Bleidt, USM No. 25433-038
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

(2) Bradford Bleidt
C/O Edward J. Lee
65 Franklin Street
Suite 500
Boston, MA 02210

(3) Bradford Bleidt
C/O Gregory D. Oberhauser, Esq.
Oberhauser Law Offices
10 George Street, Suite 220
Lowell, MA 01852

(4) David J. Fine, Esq.
Ancillary Receiver – Bradford Bleidt
Law Office of David J. Fine
3 Center Plaza
Boston, MA 02108

(5)  Kevin M. Fitzgerald, Esq.
     Receiver – Bradford Bleidt
     Nixon Peabody, LLP
     900 Elm Street
     Manchester, NH 03101

(6)  Silvestre A. Fontes, Esq.
     Securities and Exchange Commission
     33 Arch Street, Suite 2300
     Boston, MA 02110

     and

(7)  Christopher R. Donato, Esq.
     Assistant U.S. Attorney
     One Courthouse Way, Suit 9200
     Boston, MA 02210

Signed on this 17th day of April, 2008.

_____
Thomas McAnespie
Assistant Treasurer/Abandoned Property

## COMMONWEATH OF MASSACHUSETTS

Suffolk, ss                                                            April 17, 2008

On this 17th day of April, 2008, before me, the undersigned notary public, personally appeared Thomas McAnespie as Assistant Treasurer of the Department of the State Treasurer, proved to me through satisfactory evidence of identification, which is personal knowledge, to be the individual whose name is signed on the preceding, and acknowledged to me that it was signed voluntarily for its stated purpose.

_____
Ann L. Bodor        Notary Public
My commission expires

ANN L. BODOR
Notary Public
My Commission Expires
April 5, 2013